The Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STANLEY PACE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>NORMANI GMBH, a German Limited Liability Company; NORMANI LOGISTIK GMBH, a German Limited Liability Company; and NORMAN SCHNELLER, an individual,<br><br>    Defendants. | Case No. 2:20-cv-01468-TSZ<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41 (a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Stanley Pace, through his counsel, hereby gives notice that the above captioned matter is voluntarily dismissed, without prejudice, against Normani GmBH, Normani Logistik GmBH, and Norman Schneller (collectively "Defendants"). Pace filed his Complaint in the instant action on October 2, 2020 and Defendants have not served an answer to the Complaint or filed a Motion for Summary Judgment.

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE —1
Case No. [2:20-CV-01468-TSZ]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800

| | | |
|---|---|---|
| 1 | Dated: November 13, 2020 | Respectfully submitted, |
| 2 | | Newman Du Wors LLP |

s/ Derek A. Newman
s/ Keith Scully
Derek A. Newman, WSBA No. 26967
*dn@newmanlaw.com*
Keith Scully, WSBA No. 28677
*keith@newmanlaw.com*
2101 Fourth Avenue, Suite 1500
Seattle, WA  98121
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiff
Stanley Pace

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE —2
Case No. [2:20-CV-01468-TSZ]

Newman Du Wors LLP

2101 Fourth Avenue, Suite 1500
Seattle, Washington 98121
(206) 274-2800